Diego Aranda Teixeira (Cal Bar No. 344956)
Al Otro Lado
634 S Spring Street, Suite 908
Los Angeles CA 90014
Telephone: (323) 238-9935
Facsimile: (619) 345-4693
diego@alotrolado.org

Jeremy Jong*
Al Otro Lado
3511 Banks St.
New Orleans, LA 70119
Telephone: (504) 475-6728
Facsimile: (619) 345-4693
jeremy@alotrolado.org

Attorneys for Plaintiff

*Pro Hac Vice Application Forthcoming

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FRANK ROCHA, AL OTRO LADO,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 2:24-cv-07054<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF** |

1. This is an action seeking to compel U.S. Immigration and Customs Enforcement ("ICE"), a component of the U.S. Department of Homeland Security ("DHS"), to comply with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*. Defendant ICE has failed to abide by FOIA's statutory deadlines with respect to

1  Plaintiff Frank Rocha's ("Mr. Rocha") request for records concerning the death of his
2  brother Ernesto Rocha Cuadra ("Mr. Rocha Cuadra") in Central Louisiana ICE
3  Processing Center. ICE has also failed to meet FOIA's statutory deadlines with respect
4  to Plaintiff Al Otro Lado's records requests regarding Mr. Rocha Cuadra's death.

5    2. Ernesto Rocha Cuadra fled Nicaragua in 2022 after his participation in
6  antigovernment protests caused Nicaraguan officials to put out a warrant for his arrest.
7  Mr. Rocha Cuadra feared that those officials would kill him, so he fled to the United
8  States and sought asylum on April 17, 2022

9    3. Mr. Rocha Cuadra's parents and brothers live in Norwalk, California.
10 However, U.S. Customs and Border Protection did not allow him to await the processing
11 of his asylum claim at home his family. Instead, they sent to him to ICE detention in
12 Louisiana where he would die fourteen months later.

13   4. On April 22, 2022, Mr. Rocha Cuadra fractured his right hand en route to
14 ICE detention Louisiana. Mr. Rocha Cuadra did not receive a CT scan on the hand until
15 June 23, 2022.

16   5. When an orthopedist reviewed the CT scan, he referred Mr. Rocha Cuadra
17 to an outpatient an orthopedic surgical clinic. Mr Rocha Cuadra never received any care
18 at that clinic.

19   6. On September 2, 2020, Mr. Rocha Cuadra filed grievances stating that
20 detention center staff at Central Louisiana ICE Processing Center attacked him, causing
21 bruises all over his body and refused to call an ambulance revealed when they found him
22 unconscious in his cell. Private prison corporation the Geo Group operates Central
23 Louisiana ICE Processing Center on ICE's behalf.

24   7. Mr. Rocha Cuadra also filed multiple grievance about his prolonged
25 placement in solitary confinement. Shockingly, ICE and GEO Group officials confined
26 Mr. Rocha Cuadra to a solitary confinement unit for his entire thirteen months detention
27 at Central Louisiana ICE Processing Center.

28   8. In the weeks leading up to his death, calls from Mr. Rocha Cuadra became

shorter and the contents of those calls became more cryptic. He last spoke to his mother Martha on June 21, 2023.

9. On June 23, 2023, Mr. Rocha Cuadra fell unconscious. Others detained persons alerted GEO Group guards. Mr. Rocha Cuadra died that afternoon at a local hospital.

10. The next day, Mr. Rocha received a call from another detained person alerting him to the fact that his brother had not returned to their unit. Mr. Rocha and his family began to worry about Mr. Rocha Cuadra's safety. For two days, they called the detention center, but could not reach anyone there. Finally, on June 26, the family finally received word from ICE and GEO Group that Mr. Rocha Cuadra died.

11. When the Rocha family received Mr. Rocha Cuadra's body, they saw bruises around his face. They also received his belongings, which included a bloody t-shirt.

12. Louisiana and Mississippi detention centers, which are under the purview of the New Orleans ICE Field Office,[1] the GEO Group,[2] and Central Louisiana ICE Processing Center[3] have faced multiple allegations of life-threatening denial of medical care to detained people.

---

[1] *See e.g.* Bobbi-Jeanne Misick, *New complaint alleges sex assault, medical neglect, abuse of detainee at Louisiana ICE facility*, WWNO, Apr. 10, 2023, https://www.wwno.org/immigration/2023-04-10/new-complaint-alleges-sex-assault-medical-neglect-abuse-of-detainee-at-louisiana-ice-facility; Tyche Hendricks, *With Detainee Hunger Strike in Third Week, ICE Is Failing to Review Requests for Freedom, Advocates Say*, KQED, Mar. 3, 2023, https://www.kqed.org/news/11942414/with-detainee-hunger-strike-in-third-week-ice-is-failing-to-review-requests-for-freedom-advocates-say.

[2] *See e.g.* Freddy Martinez, *DHS's Secret Reports on ICE Detention*, Project on Government Oversight, Aug, 21, 2024, https://www.pogo.org/investigations/dhss-secret-reports-on-ice-detention; Tom Dreisbach, *ICE releases investigation into immigrant's death after months of 'inexcusable' delay*, National Public Radio, Nov. 8, 2023, https://www.npr.org/2023/11/08/1211316303/ice-releases-investigation-into-immigrants-death-after-months-of-inexcusable-del.

[3] *See e.g.* Bobbi-Jeanne Misick, *Louisiana ICE facility staff response to detainee's seizure captured in audio recording,* WWNO, Jul. 24, 2023, https://www.wwno.org/immigration/2023-07-24/louisiana-ice-facility-staff-response-to-detainees-seizure-captured-in-audio-recording; Joel Rose, *Internal ICE Reviews Of Two Immigrant Deaths Stoke Fears About COVID-19 Care,* National Public Radio, Apr. 29, 2020, https://www.npr.org/2020/04/29/847838342/internal-ice-reviews-of-two-immigrant-deaths-stoke-fears-about-covid-19-care

13. Mr. Rocha Cuadra was one of forty people who died ICE custody since the beginning of 2020.[4] Six of the deceased died in Louisiana or Mississippi.

14. Martha Rocha remembers of her son, "[h]e was always trying to help everyone since he was a kid. He was always looking after his brothers and cousins. . . I'm proud of my son because of his actions. He continues to protect us from heaven. He is an angel guiding all of us."[5]

15. The Rocha family is left with more questions than answers about the circumstances surrounding Mr. Rocha Cuadra's death. Multiple media outlets have raised questions as well.[6]

16. Seeking to understand how and why his brother died, Mr. Rocha sought Al Otro Lado's assistance in obtaining ICE records concerning his brother's death. Al Otro Lado submitted a FOIA request to seeking those records on June 28, 2023.

17. After ICE failed to produce any records in the subsequent ten months, Mr. Rocha sent a similar FOIA request to ICE on April 29, 2024.

18. ICE has not produced any records or provided any response indicating whether it has begun its search responsive to either FOIA request.

## JURISDICTION AND VENUE

19. This Court has over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B), (a)(6)(C)(i), (a)(6)(E)(iii).

20. This Court has jurisdiction to grant injunctive and further necessary or proper relief pursuant to 5 U.S.C. § 552(a)(4)(B), (a)(6)(E)(iii), and 28 U.S.C. § 2201–

---

[4] Deaths at Adult Detention Centers, American Immigration Lawyers Association, updated May 28, 2024, https://www.aila.org/library/deaths-at-adult-detention-centers.

[5] Carmen Sesin, *An asylum-seeker died in immigration custody. His family wants answers*, NBC News, Sep. 6, 2023, https://www.nbcnews.com/news/latino/asylum-seeker-died-immigration-custody-family-wants-answers-rcna10364.

[6] *Id.*; Davide Mamone, *ICE panel recommended release of asylum seeker who died in Jena custody, document shows*, The Advocate, Jun, 28, 2023, https://www.theadvocate.com/acadiana/news/ice-panel-recommended-release-of-asylum-seeker-who-died-in-jena-custody-document-shows/article_e2a88670-15e1-11ee-8c1b-6b171d48ee95.html; Bessie Schrimsher, *A 42-year-old Nicaraguan immigrant who had been in ICE custody for more than a year dies*, Alaska Commons, Jun. 28, 2023, https://www.alaskacommons.com/a-42-year-old-nicaraguan-immigrant-who-had-been-in-ice-custody-for-more-than-a-year-dies/;

4

1  2202.

2  21.  Venue is proper within this district under 5 U.S.C. § 552(a)(4)(B) and 28
3  U.S.C. §§ 1391(e)(1) as Plaintiffs reside in this district.

## PARTIES

22.  Plaintiff Frank Rocha is the brother of Ernesto Rocha Cuadra. He resides in Norwalk, California.

23.  Plaintiff Al Otro Lado is a non-profit, non-partisan, binational advocacy and legal services organization based in Los Angeles, California. AOL's mission is to uplift immigrant communities by defending the rights of migrants against systemic injustices and fighting for all families that have been torn apart by unjust immigration laws. AOL prioritizes providing holistic legal and humanitarian support to refugees and other migrants through a multidisciplinary, client-centered, harm reduction-based practice. AOL documents human rights violations committed by U.S. and Mexican government officials against refugees at the U.S.-Mexico border, which provides a basis for public education and advocacy with U.S. policy makers and international human rights bodies.

24.  Defendant ICE is an agency within the meaning of 5 U.S.C. § 552(1)(f). ICE has been delegated authority to administer certain provisions of the Immigration and Nationality Act. Mr. Rocha Cuadra died in ICE's custody. ICE has possession, custody, and control of records responsive to Plaintiffs' FOIA request.

## FACTS

25.  On June 28, 2023, Al Otro Lado submitted a FOIA request to ICE seeking production of the following:

1. All records relating to Mr. Rocha Cuadra's death and any response, medical or otherwise, to any medical emergency involving Mr. Rocha in June of 2023
2. All communications to or from ICE personnel, including communication with non-ICE entities, regarding Mr. Rocha Cuadra, his death, and any agency or office response to his death
3. All video of Mr. Rocha Cuadra

5

  a. On the June 22 and 23 of 2023
  b. During the time he spent confined in any segregation unit of Central Louisiana ICE Processing Center-(For the purpose of this letter, Central Louisiana ICE Processing Center also refers to any of the detention facility's previous names)
  c. Relevant to any disciplinary infraction, hearing, or significant incident report involving Mr. Rocha Cuadra

4. All photos any injuries Mr. Rocha Cuadra suffered while in ICE custody

5. All supervision logs relating to any time that Mr. Rocha Cuadra was confined in

6. All contacts between ICE personnel and Mr. Rocha Cuadra

7. All medical records of Mr, Rocha Cuadra

8. Mr. Rocha Cuadra's Detention File

9. All agreements between ICE or the GEO Group and Lasalle General Hospital concerning the provision of medical care to individuals detained at Central Louisiana ICE Processing Center.

26. ICE assigned this request tracking number 2023-ICFO-32362.

27. On August 23, 2023, ICE informed Al Otro Lado that it would withhold all responsive records citing ongoing investigations into Mr. Rocha Cuadra's death.

28. On August 24, 2023, Al Otro Lado submitted an administrative appeal of ICE's withholdings with respect to request 2023-ICFO-32362.

29. On September 15, 2023, ICE "determined that new search(es) or, modifications to the existing search(es), could be made" and that "information previously withheld may be releasable." As such, ICE remanded the request "to the ICE FOIA Office for reprocessing."

30. After September 15, 2023, ICE has not communicated with Al Otro Lado about the status of its search for documents responsive to request 2023-ICFO-32362 or the scope of the documents it intends to produce and withhold.

31. On July 12, 2023, Al Otro Lado submitted a FOIA request to ICE seeking production of the following:

1. All video depicting Eagle Bravo unit at Central Louisiana ICE Processing Center at any time January 1, 2023 until June 23, 2023

2. All records concerning illicit drug use at Central Louisiana ICE Processing Center dated or created from January 1, 2022 until June 23,

6

        2023 including but not limited to
        a. Communications discussing illicit drug use sent or received by ICE employees working at the ICE New Orleans Field Office
        b. Significant Incident Reports, Significant Event Notifications, grievances, or other reports discussing illicit drug use

32. ICE assigned this request tracking number 2023-ICFO-34108.

33. On July 28, 2023 ICE informed Al Otro Lado that it would withhold all responsive records citing ongoing investigations into Mr. Rocha Cuadra's death.

34. On July 31, 2023, Al Otro Lado submitted an administrative appeal of ICE's denial of 2023-ICFO-34108. ICE received that appeal on August 2, 2024.

35. On August 30, 2023, ICE found that "new searches or, modifications to the existing searches could be made" and remanded the request back "to the ICE FOIA Office for reprocessing."

36. After August 30, 2023, ICE has not communicated with Al Otro Lado about the status of its search for documents responsive to request 2023-ICFO-34108 or the scope of the documents it intends to produce and withhold.

37. On March 12, 2024, Mr. Rocha submitted a FOIA request to ICE seeking production of the following records:

1. All records relating to Mr. Rocha Cuadra's death and any response, medical or otherwise, to any medical emergency involving Mr. Rocha in June of 2023

2. All [] records collected, used, or created in response to any [I]CE Office of Professional Responsibility, Health Service Corps, and External Reviews and Audit Unit investigation into or review of Mr. Rocha Cuadra's death.

3. All communications to or from ICE personnel, including communication with non-ICE entities, regarding Mr. Rocha Cuadra, his death, and any agency or office response to his death

4. All video of Mr. Rocha Cuadra
   a. On the June 22 and 23 of 2023
   b. During the time he spent confined in any segregation unit of Central Louisiana ICE Processing Center
   c. Relevant to any disciplinary infraction, hearing, or significant incident report involving Mr. Rocha Cuadra

5. All supervision logs relating to any time that Mr. Rocha Cuadra was confined in a segregation unit at Central Louisiana ICE Processing Center

6. All contacts between ICE personnel and Mr. Rocha Cuadra

      7. Mr. Rocha Cuadra's Detention File

      8. All agreements between ICE or the GEO Group and Lasalle General Hospital concerning the provision of medical care to individuals detained at Central Louisiana ICE Processing Center

38. ICE assigned this request tracking number 2024-ICFO-33278.

39. On April 30, 2024 ICE requested that Mr. Rocha provide proof of his brother's death via its SecureRelease FOIA processing platform.

40. On June 24, 2024, Mr. Rocha responded to ICE's request by uploading ICE's Detainee Death Notification for Mr. Rocha Cuadra to SecureRelease.

41. On August 6, 2024, ICE confirmed that it was processing 2024-ICFO-33278. *See* Exhibit 1.

42. Apart from confirming that ICE's search was ongoing, ICE has not communicated with Mr. Rocha about the status of its search for documents responsive to request 2024-ICFO-33278 or the scope of the documents it intends to produce and withhold.

## CLAIMS FOR RELIEF

**COUNT I: Violation of 5 U.S.C. § 552(a)(6)(A)(i)**
**Failure to Make and Communicate Timely Determination**

43. Plaintiffs re-allege and incorporate by reference all allegations in the foregoing paragraphs as if fully set forth herein.

44. FOIA requires agencies to issue determinations and communicate those determinations to requesters within twenty working days of receiving the request. 5 U.S.C. § 552(a)(6)(A)(i).

45. Agencies may extend the deadline an additional ten days in "unusual circumstances." 5 U.S.C. § 552(a)(6)(B)(i).

46. To properly issue a determination, agencies must at a minimum "inform the requester of the scope of the documents it will produce and the exemptions it will claim with respect to any withheld documents." C*itizens for Resp. & Ethics in Washington v. Fed. Election Comm'n*, 711 F.3d 180, 185 (D.C. Cir. 2013).

47. With respect to requests 2023-ICFO-32362 and 2023-ICFO-34108, ICE violated FOIA by failing to make the required determinations and to communicate those determinations to Al Otro Lado within the designated timeframe remanding the requests to the FOIA office to conduct new searches.

48. With respect to request 2024-ICFO-33278, ICE violated FOIA by failing to make the required determinations and to communicate those determinations to Mr. Rocha within the designated timeframe remanding the requests to the FOIA.

### COUNT II: Violation of 5 U.S.C. § 552(a)(3)(C)
### Failure to Conduct Adequate Search

49. Plaintiffs re-allege and incorporate by reference all allegations in the foregoing paragraphs as if fully set forth herein.

50. Under the FOIA, agencies must respond to a FOIA request by making reasonable efforts to search for the records requested. 5 U.S.C. § 552(a)(3)(C).

51. ICE violated FOIA by failing to conduct a reasonable search for records responsive to Plaintiffs' requests.

### COUNT III: Violation of 5 U.S.C. § 552(a)(4)(B)
### Unlawful Withholding of Agency Records

52. Plaintiffs re-allege and incorporate by reference all allegations in the foregoing paragraphs as if fully set forth herein.

53. Agencies may withhold records only under the specifically enumerated FOIA exemptions. 5 U.S.C. § 552(a)(4)(B).

54. ICE violated FOIA by unlawfully withholding records responsive to the Plaintiffs' requests other than those that FOIA has exempted.

### COUNT IV: Violation of 5 U.S.C. § 552(a)(3)(A)
### Failure to Make Records Promptly Available

55. Plaintiffs re-allege and incorporate by reference all allegations in the foregoing paragraphs as if fully set forth herein.

56. Agencies must promptly produce records responsive to the properly filed

FOIA request. 5 U.S.C. § 552(a)(3).

57. Plaintiffs have a legal right to obtain such records, and no legal basis exists for ICE's failure to disclose them.

58. ICE violated FOIA by failing to produce any records responsive to Plaintiffs' FOIA requests.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

1. Assume jurisdiction over the matter;

2. Order ICE to issue determinations responsive to Plaintiffs' request in accordance with 5 U.S.C. § 552(a)(6)(A)(i), (B)(i).

3. Order ICE to conduct prompt and adequate searches for all records responsive to Plaintiffs' requests in accordance with 5 U.S.C. § 552(a)(3)(C);

4. Enjoin ICE from continuing to improperly withhold records responsive to the Plaintiffs' requests in accordance with 5 U.S.C. § 552(a)(3)(A);

5. Order ICE to produce, within twenty (20) days of the Court's order, or by such other date as the Court deems appropriate, all non-exempt records or portions of records responsive to Plaintiffs' requests and any agency justifications for withholding any responsive records;

6. Award Plaintiffs reasonable costs and attorneys' fees pursuant to 5 U.S.C. § 552(a)(4)(E);

7. Award Plaintiffs such further relief as the Court deems just, equitable, and appropriate.

Dated: August 22, 2024

    Respectfully submitted,
    By: /s/ Diego Aranda Teixeira
    Diego Aranda Teixeira (Cal Bar No. 344956)
    Al Otro Lado
    634 S Spring Street, Suite 908
    Los Angeles CA 90014
    Telephone: (323) 238-9935

diego@alotrolado.org

Jeremy Jong*
Al Otro Lado
3511 Banks St.
New Orleans, LA 70119
Telephone: (504) 475-6728
jeremy@alotrolado.org

*Attorneys for Plaintiff*

**Pro hac vice* Application Forthcoming