AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

FRANK ROCHA,
AL OTRO LADO

*Plaintiff(s)*

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

*Defendant(s)*

Civil Action No. 2:24-cv-07054-DSF-AGR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
500 12th Street, SW, Mailstop 5900
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Diego Aranda Teixeira
Al Otro Lado
634 S Spring Street, Suite 908
Los Angeles CA 90014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: August 23, 2024

/s/ *Jennylam*
*Signature of Clerk or Deputy Clerk*