E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH L. CRONIN (Cal. Bar No. 252624)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3986
    Facsimile: (213) 894-7819
    E-mail: Sarah.Cronin@usdoj.gov

Attorneys for Defendant U.S. Immigration
and Customs Enforcement

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ROCHA; AL OTRO LADO,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 2:24-cv-07054-DSF-AJR<br><br>**DEFENDANT'S ANSWER TO COMPLAINT** |

      Defendant U.S. Immigration and Customs Enforcement ("Defendant"), by and through undersigned counsel, hereby answers the numbered paragraphs of the Complaint (ECF No. 3, "Complaint") filed against Defendant by Plaintiffs Frank Rocha and Al Otro Lado ("Plaintiffs"). This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. §552. Defendant expressly denies all allegations in the Complaint, including the relief sought, that are not specifically admitted or otherwise qualified in this Answer. Defendant responds to the Complaint in like numbered paragraphs as follows:

      1.    Paragraph 1 contains characterizations of Plaintiffs' Complaint and Plaintiffs' requested relief under the FOIA, to which no responses are required. To the extent a response is deemed required, Defendant admits that Plaintiffs made a request under the FOIA and otherwise denies the allegations in Paragraph 1.

      2.    The allegations contained in Paragraph 2 do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant is without sufficient information to either admit or deny the allegations of Paragraph 2, and consequently denies the same.

      3.    The allegations contained in Paragraph 3 do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant is without sufficient information to either admit or deny the allegations of Paragraph 3, and consequently denies the same.

      4.    The allegations contained in Paragraph 4 do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant is without sufficient information to either admit or deny the allegations of Paragraph 4, and consequently denies the same.

      5.    The allegations contained in Paragraph 5 do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant is without sufficient information to either admit or deny the allegations of Paragraph 5, and consequently denies the same.

|  |  |
|---|---|
| 1 | 6. The allegations contained in Paragraph 6 do not set forth a claim for relief |
| 2 | or aver facts in support of a claim to which a response is required. To the extent that a |
| 3 | response is required, Defendant is without sufficient information to either admit or deny |
| 4 | the allegations of Paragraph 6, and consequently denies the same. |
| 5 | 7. The allegations contained in Paragraph 7 do not set forth a claim for relief |
| 6 | or aver facts in support of a claim to which a response is required. To the extent that a |
| 7 | response is required, Defendant is without sufficient information to either admit or deny |
| 8 | the allegations of Paragraph 7, and consequently denies the same. |
| 9 | 8. The allegations contained in Paragraph 8 do not set forth a claim for relief |
| 10 | or aver facts in support of a claim to which a response is required. To the extent that a |
| 11 | response is required, Defendant is without sufficient information to either admit or deny |
| 12 | the allegations of Paragraph 8, and consequently denies the same. |
| 13 | 9. The allegations contained in Paragraph 9 do not set forth a claim for relief |
| 14 | or aver facts in support of a claim to which a response is required. To the extent that a |
| 15 | response is required, Defendant is without sufficient information to either admit or deny |
| 16 | the allegations of Paragraph 9, and consequently denies the same. |
| 17 | 10. The allegations contained in Paragraph 10 do not set forth a claim for relief |
| 18 | or aver facts in support of a claim to which a response is required. To the extent that a |
| 19 | response is required, Defendant is without sufficient information to either admit or deny |
| 20 | the allegations of Paragraph 10, and consequently denies the same. |
| 21 | 11. The allegations contained in Paragraph 11 do not set forth a claim for relief |
| 22 | or aver facts in support of a claim to which a response is required. To the extent that a |
| 23 | response is required, Defendant is without sufficient information to either admit or deny |
| 24 | the allegations of Paragraph 11, and consequently denies the same. |
| 25 | 12. The allegations contained in Paragraph 12 do not set forth a claim for relief |
| 26 | or aver facts in support of a claim to which a response is required. To the extent that a |
| 27 | response is required, Defendant is without sufficient information to either admit or deny |
| 28 | the allegations of Paragraph 12, and consequently denies the same. |

13. The allegations contained in Paragraph 13 do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant is without sufficient information to either admit or deny the allegations of Paragraph 13, and consequently denies the same.

14. The allegations contained in Paragraph 14 do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant is without sufficient information to either admit or deny the allegations of Paragraph 14, and consequently denies the same.

15. The allegations contained in Paragraph 15 do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant is without sufficient information to either admit or deny the allegations of Paragraph 15, and consequently denies the same.

16. The allegations contained in the first sentence of Paragraph 16 do not set forth a claim for relief or aver facts in support of a claim to which a response is required. To the extent that a response is required, Defendant is without sufficient information to either admit or deny the allegations of the first sentence of Paragraph 16, and consequently denies the same. Defendant admits that it received a FOIA request from Plaintiffs on June 28, 2023.

17. Defendant admits the allegations contained in Paragraph 17.

18. Defendant admits that to date no records were produced but denies the allegation that no responses have been provided.

## JURISDICTION AND VENUE[1]

19. Paragraph 19 contains Plaintiffs' allegations concerning jurisdiction which consist of legal conclusions to which no responses are required.

---

[1] For ease of reference, Defendant's Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

20. Paragraph 20 contains Plaintiffs' allegations concerning jurisdiction which consist of legal conclusions to which no responses are required.

21. Paragraph 21 contains Plaintiffs' allegations concerning venue which consist of legal conclusions to which no responses are required.

## PARTIES

22. Defendant is without sufficient information to either admit or deny the allegations of Paragraph 22, and consequently denies the same.

23. Defendant is without sufficient information to either admit or deny the allegations of Paragraph 23, and consequently denies the same.

24. Defendant admits that the U.S. Department of Homeland Security (DHS) is a federal agency subject to the provisions of the FOIA, 5 U.S.C. § 552, *et seq*. Defendant is without sufficient information to either admit or deny the remaining allegations of Paragraph 24, and consequently denies the same.

## FACTS

25. Defendant admits the allegations contained in Paragraph 25.

26. Defendant admits the allegations contained in Paragraph 26.

27. Defendant admits the allegations contained in Paragraph 27.

28. Defendant admits the allegations contained in Paragraph 28.

29. Defendant admits the allegations contained in Paragraph 29.

30. Defendant admits the allegations contained in Paragraph 30 at the time the Complaint was filed.

31. Defendant admits the allegations contained in Paragraph 31.

32. Defendant admits the allegations contained in Paragraph 32.

33. Defendant admits the allegations contained in Paragraph 33.

34. Defendant admits the allegations contained in Paragraph 34.

35. Defendant admits the allegations contained in Paragraph 35.

36. Defendant admits the allegations contained in Paragraph 36 at the time the Complaint was filed.

37. Defendant admits that a FOIA request was submitted seeking production of records but denies that this request was submitted on March 12, 2024.

38. Defendant admits the allegations contained in Paragraph 38.

39. Defendant admits the allegations contained in Paragraph 39.

40. Defendant admits the allegations contained in Paragraph 40.

41. Defendant admits the allegations contained in Paragraph 41.

42. Defendant admits the allegations contained in Paragraph 42 at the time the Complaint was filed.

## CLAIM FOR RELIEF

### COUNT I: Violation of 5 U.S.C. § 552(a)(6)(A)(i)

### Failure to Make and Communicate Timely Determination

43. Defendant incorporates by reference its responses to Paragraphs 1 through 42 of the Complaint.

44. The allegations in Paragraph 44 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant admits that 5 U.S.C. § 552(a)(6)(A)(i) establishes a 20-day deadline.

45. The allegations in Paragraph 45 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant admits that 5 U.S.C. § 552(a)(6)(B)(i) permits an extension of up to 10 days.

46. The allegations in Paragraph 46 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 46.

47. The allegations in Paragraph 47 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 47.

48. The allegations in Paragraph 48 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 48.

**COUNT II: Violation of 5 U.S.C. § 552(a)(3)(C)**

**Failure to Conduct Adequate Search**

49. Defendant incorporates by reference its responses to Paragraphs 1 through 48 of the Complaint.

50. The allegations in Paragraph 50 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 50.

51. The allegations in Paragraph 51 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 51.

**COUNT III: Violation of 5 U.S.C. § 552(a)(4)(B)**

**Unlawful Withholding of Agency Records**

52. Defendant incorporates by reference its responses to Paragraphs 1 through 51 of the Complaint.

53. The allegations in Paragraph 53 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 53.

54. The allegations in Paragraph 54 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 54.

**COUNT IV: Violation of 5 U.S.C. § 552(a)(3)(A)**

**Failure to Make Records Promptly Available**

55. Defendant incorporates by reference its responses to Paragraphs 1 through 54 of the Complaint.

56. The allegations in Paragraph 56 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 56.

57. The allegations in Paragraph 57 consist of legal conclusions to which no

1  response is required. To the extent a response is deemed required, Defendant denies the
2  allegations in Paragraph 57.

3      58.    The allegations in Paragraph 58 consist of legal conclusions to which no
4  response is required. To the extent a response is deemed required, Defendant denies the
5  allegations in Paragraph 58.

## REQUEST FOR RELIEF

The remainder of Plaintiffs' Complaint contains Plaintiffs' requested relief, to which no responses are required. Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## GENERAL DENIAL

Defendant hereby denies generally and specifically each and every allegation contained in Plaintiffs' Complaint that has not been previously admitted, denied, or otherwise answered.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses and reserves the right to amend, alter, and supplement the defenses in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of this litigation. In asserting these defenses, Defendant does not assume any burden of proof, persuasion, or production with respect to any issue where the applicable law places the burden upon Plaintiff.

## FIRST DEFENSE

The Court lacks subject matter jurisdiction over Plaintiffs' request to the extent that any requested relief exceeds the relief authorized by the FOIA.

## SECOND DEFENSE

Defendant has not improperly withheld any records under the FOIA.

## THIRD DEFENSE

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exemptions to the FOIA, or under other provisions of the law.

## FOURTH DEFENSE

Plaintiff is neither eligible for nor entitled to attorneys' fees or costs.

## FIFTH DEFENSE

To the extent that Plaintiff failed to satisfy prerequisites to suit, this Court lacks jurisdiction over any matter as well as over any requests or allegations that are not contained in the FOIA request at issue in this action.

## SIXTH DEFENSE

Plaintiffs' request submitted under the FOIA did not reasonably describe the records sought.

## SEVENTH DEFENSE

Any information that Defendant has withheld, or will withhold, in response to Plaintiffs' FOIA request may be exempt in whole or in part from public disclosure under the FOIA, 5 U.S.C. § 552, *et seq.*, and/or the Privacy Act, 5 U.S.C. § 552(a), *et seq.*

## EIGHTH DEFENSE

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to lawful authority.

WHEREFORE, Defendant prays for:

a. No injunctive relief be awarded to Plaintiffs;

b. That judgment be entered for the Defendant and against Plaintiffs;

c. That Plaintiffs' Complaint and action be dismissed in its entirety;

d. That the Defendant be awarded costs and disbursement in this action; and

e. For such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: October 25, 2024 | Respectfully submitted,<br><br>E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section<br><br>*/s/ Sarah L. Cronin*<br>SARAH L. CRONIN<br>Assistant United States Attorney<br><br>Attorneys for Defendant U.S. Immigration and Customs Enforcement |