Diego Aranda Teixeira (Cal Bar No. 344956)
Al Otro Lado, Inc.
634 S Spring Street, Suite 908
Los Angeles CA 90014
Telephone: (323) 238-9935
Facsimile: (619) 345-4693
diego@alotrolado.org

Jeremy Jong*
Al Otro Lado, Inc.
3605 Iberville St., 4
New Orleans, LA 70119
Telephone: (504) 475-6728
Facsimile: (619) 345-4693
jeremy@alotrolado.org

*Admitted Pro Hac Vice

Attorneys for Plaintiffs Frank Rocha
and Al Otro Lado, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FRANK ROCHA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Case No. 2:24-cv-07054-DSF-AJR<br><br>**UNOPPOSED MOTION FOR LEAVE FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE** |

　　　　Plaintiffs moves the court for leave to allow Plaintiffs' counsel's telephonic appearance at the January 6, 2024, 11:00 a.m. scheduling conference in this case. Plaintiffs are aware of the Court's general rule that counsel must be present at scheduling conferences. However, Plaintiffs' lead counsel in this case, Jeremy Jong, resides and works in New Orleans, Louisiana. In addition, counsels' employer, Al Otro Lado, is a non-profit legal services organization. ECF No. 3 ¶ 23. The parties have also made

significant progress towards resolving key issues in this case and do not expect to make legal arguments at the forthcoming scheduling conference in this case. The anticipated simplicity of the scheduling conference, the distance that Plaintiffs' counsel would have to travel and the expense to counsel's nonprofit employer constitute extraordinary circumstances to allow telephonic appearance in this case. Defendant does not oppose this motion.

Dated: December 20, 2024

   /s/ Jeremy Jong
JEREMY JONG*
DIEGO ARANDA TEIXEIRA
Al Otro Lado, Inc.

Attorneys for Plaintiffs Frank Rocha and Al Otro Lado, Inc.

*Admitted Pro Hac Vice