UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK ROCHA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | Case No. 2:24-cv-07054-DSF-AJR<br><br>**[PROPOSED] ORDER ON UNOPPOSED MOTION FOR FOR LEAVE FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE** |

    Upon consideration of the Plaintiff's Unopposed Motion For Leave for Telephonic Appearance at Scheduling Conference, the Court finds that Plaintiff has established extraordinary circumstances to allow telephonic appearance and grants Plaintiff's motion.

    **IT IS SO ORDERED.**

 Dated:

                                                _____
                                                DALE S. FISCHER
                                                UNITED STATES DISTRICT JUDGE