CASE NAME: *Frank Rocha et al. v. USCIS*

CASE NO: 2:24-cv-07054-DSF-AJR

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length _1_ days) **(Tuesday)** | 8:30 am | | 5/18/2026 | 5/18/2026 | |
| Pretrial Conference, LR 16; Hearing on Motions in Limine **(Monday)** | 3:00 pm | 4 | 4/20/2026 | 4/20/2026 | |
| <u>Trial Documents (Set Two)</u> **All Trials:** Lodge Pretrial Conference Order, LR 16-7; File Oppositions to Motions in Limine **Jury Trial Only:** File Agreed Set of Jury Instructions and Verdict Forms; Statement Regarding Disputed Instructions and Verdict forms | | 6 | 4/6/2026 | 4/6/2026 | |
| <u>Trial Documents (Set One)</u> **All Trials:** File Memo of Contentions of Fact and Law, LR 16-4; Exhibit & Witness Lists, LR 16-5, 6; Status Report Regarding Settlement; Motions in Limine (no more than five motions per side may be filed without Court permission) **Court Trial Only:** Lodge Findings of Fact and Conclusions of Law; LR 52; File Summaries of Direct Testimony (optional) | | 7 | 3/30/2026 | 3/30/2026 | |
| Last day to conduct ADR Proceeding, LR 16-15 | | 12 | 2/23/2026 | 2/23/2026 | |
| Last day to **hear** motions (except motion to amend pleadings or add parties and motions in limine), LR 7 **(Monday)** | | 14 | 2/9/2026 | 2/9/2026 | |
| Non-expert Discovery Cut-off | | 21+ | 12/22/2025 | 12/22/2025 | |
| Expert Disclosure (initial) | | | N/A | N/A | |
| Expert Disclosure (rebuttal) | | | N/A | N/A | |
| Expert Discovery Cut-off | | 21+ | 12/22/2025 | 12/22/2025 | |
| Last day to hear motion to amend pleadings or add parties **(Monday)** | | 32+ | 2/17/2024 | 2/17/2024 | |

LR 16-15 ADR Choice:   [X] 1. USMJ          [ ] 3. Outside ADR

[ ] 2. Attorney Settlement Panel